UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>AUGUSTINE OSEMWEGIE,<br><br>Defendant. | Criminal No.   22cr10081<br><br>Violation:<br><br>Count One: Money Laundering<br>(18 U.S.C. § 1956(a)(3)(B))<br><br>Forfeiture Allegation:<br>(18 U.S.C. § 982(a)(1)) |

INFORMATION

At all times relevant to this Information:

COUNT ONE
Money Laundering
(18 U.S.C. § 1956(a)(3)(B))

The United States Attorney charges:

1. On or about September 21, 2020, in the District of Massachusetts and elsewhere, the defendant,

AUGUSTINE OSEMWEGIE,

conducted and attempted to conduct a financial transaction, to wit, a $10,000 wire transfer from a TD Bank account in the name of Ejad Auto Sales ending in -5150 to a Royal Bank of Canada account ending in -6773, involving property represented to be the proceeds of specified unlawful activity and property used to conduct and facilitate specified unlawful activity, that is, wire fraud in violation of 18 U.S.C. § 1343, with the intent to conceal and disguise the nature, location, source, ownership, and control of property believed to be the proceeds of the specified unlawful activity.

All in violation of Title 18, United State Code, Section 1956(a)(3)(B).

## MONEY LAUNDERING FORFEITURE ALLEGATION
(18 U.S.C. § 982(a)(1))

The United States Attorney further charges:

2. Upon conviction of the offense in violation of Title 18, United State Code, Section 1956(a)(3)(B), as set forth in Count One of this Information, the defendant,

AUGUSTINE OSEMWEGIE,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(1), any property, real or personal, involved in such offense, and any property traceable to such property. The property to be forfeited includes, but is not limited to, the following:

    a. $3,000, to be entered in the form of a forfeiture money judgment.

3. If any of the property described in paragraph 2, above, as being forfeitable pursuant to Title 18, United States Code, Section 982(a)(1), as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 18, United States Code, Section 982(b), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 2 above.

All pursuant to Title 18, United States Code, Section 982(a)(1).

Respectfully submitted this 12th day of April 2022.

                                        RACHAEL S. ROLLINS
                                        United States Attorney

By:    */s/ Ian Stearns*
           IAN STEARNS
           Assistant United States Attorney
           District of Massachusetts