✎JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**          **U.S. District Court - District of Massachusetts**

**Place of Offense:**    **Category No.** III    **Investigating Agency** FBI

**City** Milton

**County** Norfolk

**Related Case Information:**
Superseding Ind./ Inf.   Yes -- Information   Case No. _____
Same Defendant   Yes    New Defendant _____
Magistrate Judge Case Number   21-mj-04302-DHH
Search Warrant Case Number   21-4303-DHH
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: Augustine Osemwegie    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: (City & State) _____

Birth date (Yr only): 1968   SSN (last4#): 7558   Sex: M   Race: _____   Nationality: Nigerian

Defense Counsel if known: Steve Boozang / Robert Sheketoff   Address: 439 Washington St., Dedham MA 02026

Bar Number: 659216    sboozang@boozanglaw.com

**U.S. Attorney Information:**

AUSA: Ian Stearns    Bar Number if applicable: _____

Interpreter: ☐ Yes ☑ No   List language and/or dialect: _____

Victims: ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

Matter to be SEALED: ☐ Yes ☑ No

☐ Warrant Requested    ☑ Regular Process    ☐ In Custody

**Location Status:**

Arrest Date: 08/26/2021

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☑ On Pretrial Release: Ordered by: Judge Hennessy   on   8/31/2021

**Charging Document:** ☐ Complaint   ☑ Information   ☐ Indictment

**Total # of Counts:** ☐ Petty   ☐ Misdemeanor   ☑ Felony   1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 04/12/2022    Signature of AUSA: _[signature]_

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Augustine Osemwegie

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. § 1956(a)(3)(B) | Money Laundering | One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____